

UNITED STATES DEPARTMENT OF COMMERCE
**Office of the General Counsel**
OFFICE OF THE CHIEF COUNSEL FOR IMPORT ADMINISTRATION
Washington, D.C. 20230

December 14, 2009

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Ms. Tina P. Kimble
Clerk of the Court
United States Court of International Trade
One Federal Plaza
New York, New York 10007

    Re:    <u>Fujian Lianfu Forestry Co., Ltd. et. al.</u>, Consol. Court No. 07-00306.

Dear Ms. Kimble:

    This case concerns the <u>Amended Final Results of Antidumping Duty Administrative Review and New Shipper Reviews: Wooden Bedroom Furniture From the People's Republic of China</u>, 72 Fed. Reg. 46,957 (August 22, 2007), as amended, 72 Fed. Reg. 62,834 (November 7, 2007). Pursuant to the Court's Order of August 10, 2009, enclosed are the agency's final remand results in the above-entitled action. These remand results contain attachments that are **PROPRIETARY**. A public version of the agency's remand results will be filed electronically. Supplemental documents collected or prepared during the conduct of this remand, and index are being prepared, and will be filed under a separate cover. Should you have any questions concerning this matter, please contact me at (202)-482-0836.

                                                       Respectfully submitted,

                                                       Rachael E. Wenthold
                                                       Senior Attorney
                                                       Office of the Chief Counsel
                                                        for Import Administration

Enclosures
cc:

Brian A. Mizoguchi, Esq.
U.S. Department of Justice, Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Room 4044
Washington, D.C. 20530
(202)-305-3319

Joseph W. Dorn, Esq.
J. Michael Taylor, Esq.
King & Spalding, LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20005-4706
(202)-737-0500

Thomas J. Trendl, Esq.
Jamie B. Beaber
Steptoe & Johnson, LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795

Nancy A. Noonan
Arent Fox, LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036-5339