# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| FUJIAN LIANFU FORESTRY CO.,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>UNITED STATES,<br><br>　　　　　Defendants. | Court No. 07-00306<br>(Consolidated) |
| AMERICAN FURNITURE MANUFACTURERS COMMITTEE FOR LEGAL TRADE AND VAUGHAN-BASSETT FURNITURE COMPANY, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>UNITED STATES,<br><br>　　　　　Defendants. | Court No. 07-00357 |

**STIPULATION OF DISMISSAL OF COUNT FIVE (COMBINATION DUTY RATES) OF COMPLAINT FILED IN COURT NO. 07-00357**

**PLEASE TAKE NOTICE** that the American Furniture Manufacturers Committee for Legal Trade and Vaughan-Bassett Furniture Company, Inc. (Plaintiffs in Court No. 07-00357, which is now consolidated with Court No. 07-00306), pursuant to Rule 41(a)(1) of the Rules of the United States Court of International Trade, having filed a *Stipulation Of Dismissal Of Count Five (Combination Duty Rates) Of Complaint Filed In Court No. 07-00357* signed by all parties who have appeared in this action and those actions listed on the attached schedule hereby dismiss Count Five (Combination Duty Rates) of their Complaint.

1431095

|  |  |
|---|---|
|  | Respectfully submitted,<br><br>/s J. Michael Taylor<br>Joseph W. Dorn<br>J. Michael Taylor<br><br>King & Spalding, LLP<br>1700 Pennsylvania Ave., N.W.<br>Washington, D.C. 20006<br>(202) 737-0500<br><br>Counsel to American Furniture Manufacturers Committee for Legal Trade and Vaughan-Bassett Furniture Company, Inc. |
| January 27, 2010 |  |
|  | Respectfully submitted,<br><br>TONY WEST<br>Assistant Attorney General<br>JEANNE E. DAVIDSON<br>Director<br>PATRICIA M. McCARTHY<br>Assistant Director |
| OF COUNSEL:<br>RACHAEL WENTHOLD<br>Senior Attorney<br>International<br>Office of the Chief Counsel for<br>  Import Administration<br>U.S. Department of Commerce<br>14th and Constitution Aves.<br>Washington, D.C.<br>January 27, 2010 | /s Brian A. Mizoguchi<br>BRIAN A. MIZOGUCHI<br>Senior Trial Counsel<br>Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>1100 L. St., N.W.<br>Attn: Classification Unit, 8th Floor<br>Washington, DC 20530<br>Tel: (202) 305-3319<br>Attorneys for Defendant |

1431095

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s Thomas J. Trendl |
|  | Thomas J. Trendl |
|  | Jamie B. Beaber |
|  | Steptoe & Johnson LLP |
|  | 1330 Connecticut Ave., N.W. |
|  | Washington, D.C. 20036 |
|  | (202) 429-8055 |
|  | Counsel to Starcorp Furniture Co., Ltd., Starcorp Furniture (Shanghai) Co., Ltd., Orin Furniture (Shanghai) Co., Ltd., Shanghai Star Furniture Co., Ltd. and Shanghai Xing Ding Furniture Industrial Co., Ltd. |
| January 27, 2010 |  |
|  | Respectfully submitted, |
|  | /s Nancy A. Noonan |
|  | Nancy A. Noonan |
|  | Matthew Kanna |
|  | Arent Fox LLP |
|  | 1050 Connecticut Ave., N.W. |
|  | Washington, D.C. 20036 |
|  | (202) 857-6479 |
|  | Counsel to Fujian Lianfu Forestry Co., Ltd., (a.k.a Fujian Wonder Pacific Inc.), Fuzhou Huan Mei Furniture Co., Ltd., Jiangsu Dare Furniture Co., Ltd., and Shanghai Aosen Furniture Co., Ltd. |
| January 27, 2010 |  |

1431095

## SCHEDULE TO STIPULATION OF DISMISSAL OF COUNT FIVE
## (COMBINATION DUTY RATES) OF COMPLAINT FILED IN COURT NO. 07-00357

| Court Number(s) | Plaintiff(s) Name | Claim Number(s) | Entry Number(s) (if applicable) |
| --- | --- | --- | --- |
| 07-00306 (Consolidated)<br><br>07-00357 | The American Furniture Manufacturers Committee for Legal Trade<br><br>Vaughan-Bassett Furniture Company, Inc. | Count Five (Combination Duty Rates) Of Complaint Filed In Court No. 07-00357 | N/A |

## ORDER OF DISMISSAL OF COUNT FIVE (COMBINATION
## DUTY RATES) OF COMPLAINT FILED IN COURT NO. 07-00357

Count Five (Combination Duty Rates) of the Complaint filed in Court No. 07-00357 (now consolidated with Court No. 07-00306), having been voluntarily stipulated for dismissal by all parties having appeared in the action, is dismissed.

Dated: 1-28-10

Clerk, U. S. Court of International Trade

By: _____
Deputy Clerk

1431095

## NOTICE OF ENTRY AND SERVICE

This is a notice that an order or judgment was entered in the docket of this action, and was served upon the parties on the date shown below.

Service was made by depositing a copy of this order or judgment, together with any papers required by USCIT Rule 79(c), in a securely closed envelope, proper postage attached, in a United States mail receptacle at One Federal Plaza, New York, New York 10278 and addressed to the attorney of record for each party at the address on the official docket in this action, except that service upon the United States was made by personally delivering a copy to the Attorney-In-Charge, International Trade Field Office, Civil Division, United States Department of Justice, 26 Federal Plaza, New York, New York 10278 or to a clerical employee designated, by the Attorney-In-Charge in a writing filed with the clerk of the court.

or

Service was made electronically, by the Court's CM/ECF system, upon those parties that have filed a Notice of Consent to Electronic Service.

Tina Potuto Kimble
Clerk of the Court

Date: 1-28-10

By: /s/ Steve Taronji
Deputy Clerk